1  Julia Azrael (Bar No. 109049)
   John S. Curtis (Bar No. 50350)
2  Katherine L. Curtis (Bar No. 222572)
   **LAW OFFICES OF JULIA AZRAEL**
3  5200 Lankershim Boulevard, Suite 850
   North Hollywood, California 91601
4  Telephone:  (818) 766-5177
   Facsimile:  (818) 766-5047
5
   Attorneys for Defendant OVERLAND CONTRACTING, INC.
6

7                       **UNITED STATES DISTRICT COURT**

8                      **NORTHERN DISTRICT OF CALIFORNIA**

9

10  LONNY KEMPF, an individual            )   CASE NO. 3:15-cv-02600-WHO
                                          )
11              Plaintiff,                )   Case Assigned to Honorable William H. Orrick
                                          )   Courtroom 4
12       vs.                              )
                                          )   [Complaint Filed: June 10, 2015]
13  OVERLAND CONTRACTING, INC., a Georgia )
    Corporation; ARTECH INFORMATION       )
14  SYSTEMS, LLC, a New Jersey limited liability ) **ORDER TO CONTINUE CASE**
    company; and DOES 1 through 30, inclusive, ) **MANAGEMENT CONFERENCE**
15                                        )
                Defendants.               )   Date: September 15, 2015
16                                        )   Time: 2:00 P.M.
                                          )   Ctrm: 2

17

18

19       TO ALL PARTIES AND THEIR ATTORNEYS:

20       Having considered the Stipulation to Continue the Case Management Conference, the matter

21  is now set for October 6, 2015 at 2:00 P.M..

22       It is so ordered.

23

24  Dated:   August 27, 2015                  By_____
25                                               WILLIAM H. ORRICK
                                                 JUDGE OF THE UNITED STATES
26                                               DISTRICT COURT

27

28

- 1 -
ORDER TO CONTINUE