1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY KEMPF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; ARTECH INFORMATION SYSTEMS, LLC, a New Jersey limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-02600-WHO<br><br>Case Assigned to Honorable William H. Orrick - Courtroom 4<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION**<br><br>Action Filed:   June 10, 2015<br>Trial Date:      November 7, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having read and considered the papers on the Parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Action brought by Plaintiff Lonny Kempf, Defendant Overland Contracting, Inc., and Artech Information Systems, LLC, all other papers on file with the Court on this matter, and the law, and good cause appearing,

1
2          IT IS ORDERED:
3          1.     The Parties' settlement is approved as a *bona fide* compromise of Plaintiff's
4   claims under the Fair Labor and Standards Act;
5          2.     Plaintiff's claims are dismissed, with prejudice, each party to bear their
6   own costs and attorneys' fees.
7
8   Dated: ____Mau 4____, 2016                    _____W. H. Oe_____
9                                                 Honorable William H. Orrick
                                                  United States Dist. Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND
DISMISSAL OF ACTION